UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LOUISE ELIZABETH ROOKS | : | CASE NUMBER A13-63812-CRM |
| DEBTOR | : | JUDGE MULLINS |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING MOTION TO DISMISS HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Motion to Dismiss Hearing held on August 5, 2014:**

As to whether Debtor paid $150.00

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal*

This the 27th day of August, 2014

                    ___/s_____
                    Julie M. Anania,
                    Attorney for Chapter 13 Trustee
                    GA Bar Number 477064
                    303 Peachtree Center Ave., NE
                    Suite 120
                    Atlanta, GA  30303
                    (678) 992-1201

*/sh*

## CERTIFICATE OF SERVICE

Case No:  A13-63812-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
LOUISE ELIZABETH ROOKS
1223 CRESTMARK BOULEVARD
LITHIA SPRINGS, GA  30122



**Attorney for the Debtor(s):**
RICKMAN & ASSOCIATES, PC
1755 NORTH BROWN RD
SUITE 200
LAWRENCEVILLE, GA  30043




This the 27th day of August, 2014.


/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201